**Order filed July 30, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-12-00519-CR

————————

**TIMOTHY J. BLACKWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause No. 64519

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits 1,2,3,4,4-A and 5.**

The clerk of the 23rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 1,2,3,4,4-A and 5, on or before **August 6, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 1,2,3,4,4-A and 5, to the clerk of the 23rd District Court.

PER CURIAM